NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JULIETTE CAMPBELL,

Plaintiff,

v.

COUNTY OF MONMOUTH, et al.,

Defendants.

Civ. No. 11-6210

**ORDER AND JUDGMENT**

THOMPSON, U.S.D.J.

For the reasons stated in the Opinion issued this same day,

IT IS, on this 9th day of June, 2015

ORDERED AND ADJUDGED as follows:

(1) Summary judgment is GRANTED to Defendants with respect to Count I, Plaintiff's

FLSA wage claim;

(2) Summary judgment is GRANTED to Defendants with respect to Count II, Plaintiff's

FLSA retaliation claim; and

(3) Both parties are directed to file motions for summary judgment on the remaining CEPA

claim (count III) on or before Tuesday June 23, 2015.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.